**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT


| | |
|---|---|
| In re: ACTIMMUNE MARKETING LITIGATION, | No. 10-17237 |
| | D.C. No. 3:08-cv-02376-MHP |
| DEBORAH JANE JARRETT; NANCY ISENHOWER; JEFFREY H. FRANKEL; ZURICH AMERICAN INSURANCE COMPANY; LINDA K. RYBKOSKI, | MEMORANDUM[*] |
| Plaintiffs, | |
| and | |
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, INC., | |
| Plaintiff - Appellant, | |
| v. | |
| INTERMUNE INC.; W. SCOTT HARKONEN; GENENTECH INC., | |
| Defendants - Appellees, | |
| and | |
| CONNETICS CORPORATION; | |

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

EXPRESS SCRIPTS, INC.,

Defendants.

In re: ACTIMMUNE MARKETING
LITIGATION,

No. 10-17239

D.C. No. 3:08-cv-02376-MHP

DEBORAH JANE JARRETT; NANCY
ISENHOWER; LINDA K. RYBKOSKI,
MARL PERLMUTTER; LISA
PERLMUTTER, Trustees of the Joan M.
Stevens Trust,

Plaintiffs - Appellants,

and

JEFFREY H. FRANKEL; ZURICH
AMERICAN INSURANCE COMPANY;
GOVERNMENT EMPLOYEES HEALTH
ASSOCIATION, INC.,

Plaintiffs,

v.

INTERMUNE INC.; W. SCOTT
HARKONEN; GENENTECH INC.,

Defendants - Appellees,

and

CONNETICS CORPORATION;
EXPRESS SCRIPTS, INC.,

|                          Defendants., |

Appeal from the United States District Court
for the Northern District of California
Marilyn H. Patel, Senior District Judge, Presiding

Argued and Submitted November 29, 2011
San Francisco, California

Before: THOMAS and CLIFTON, Circuit Judges, and EZRA, District Judge.[**]

Deborah Jane Jarrett et. al., along with third-party payor Government Employees Health Association, Inc., appeal the district court's dismissal of their proposed nationwide class action suit against InterMune, Inc., Dr. Scott Harkonen, and Genentech, Inc. Because the parties are familiar with the history of the case, we need not recount it here.

We affirm the judgment of the district court for the reasons set forth in the district court's orders. *See In re Actimmune Marketing Litig.*, 614 F.Supp.2d 1037 (N.D. Cal. 2009) (*Actimmune I*); *In re Actimmune Marketing Litig.*, No. C 08-02376 MHP, 2009 WL 3740648 (N.D. Cal. Nov. 6, 2009) (Patel, J.) (*Actimmune II* ); *In re Actimmune Marketing Litig.*, No. C 08-02376 MHP, 2010 WL 3463491 (N.D. Cal. Sept. 1, 2010) (Patel, J.) (*Actimmune III*).

**AFFIRMED.**

---

[**]   The Honorable David A. Ezra, District Judge for the U.S. District Court for Hawaii, sitting by designation.